## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**COREY L. ELLIS**                                                                      **PLAINTIFF**
**ADC #116314**

**v.**                                   **Case No. 4:24-cv-00449-KGB**

**BESSIE L. COUNICE,** *et al.*                                          **DEFENDANTS**

### <u>JUDGMENT</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Corey L. Ellis's complaint is dismissed without prejudice (Dkt. No. 1).  The relief sought is denied.

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge